FILED

05/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0407

IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 23-0407
_____

PATRICK A. MALLOY, III,
            Plaintiff/Appellant,

    vs.

BETTINA J. WEILER MALLOY HUNT,
PROVIDENCE ST. PATRICK HOSPITAL,
PROVIDENCE HEALTH SERVICES, and
JOHN DOES 1-5,
            Defendants/Appellees.

---

### ORDER FOR ADDITIONAL TIME TO FILE REPLY BRIEF

---

Upon consideration of Appellant's unopposed motion for a two-week extension of time, and good cause appearing therefrom;

Appellant is granted an extension of time to and including the 31st day of May 2024 within which to prepare, file, and serve its reply brief.

No further extensions will be granted.

_____
Clerk of Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 17 2024